## IN RE MARCUS S.

*Roseann Canny*, in support of the petition.

*Stephen G. Vitelli*, assistant attorney general, in opposition.

Decided June 15, 2010

## IN RE LUKAS K.

The petition by the respondent father for certification for appeal from the Appellate Court, 120 Conn. App. 465 (AC 30671), is granted, limited to the following issue:

"In a termination of parental rights proceeding, are the constitutional due process rights of the incarcerated respondent violated if said respondent is not provided with a trial transcript and an opportunity to recall witnesses prior to the conclusion of testimony?"

The Supreme Court docket number is SC 18626.

*Mildred Doody*, in support of the petition.

*Frank A. Manfredi*, in opposition.

Decided June 15, 2010